NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WI-LAN, INC.,**
*Plaintiff-Appellant,*

**v.**

**LG ELECTRONICS, INC. and
LG ELECTRONICS USA, INC.,**
*Defendants-Appellees.*

---

2012-1273

---

Appeal from the United States District Court for the Southern District of New York in case no. 10-CV-0432, Judge Lewis A. Kaplan.

---

**JUDGMENT**

---

DAVID E. SIPIORA, Kilpatrick Townsend & Stockton, LLP, of Denver, Colorado, argued for plaintiff-appellant. With him on the brief was MATTHEW C. HOLOHAN. Of counsel on the brief was RICHARD S. MEYER, Boies, Schiller & Flexner LLP, of Washington, DC.

RICHARD D. HARRIS, Greenberg Traurig, LLP, of Chicago, Illinois, argued for defendants-appellees. With him on the brief were JEFFREY G. MOTE, JAMES J. LUKAS, JR., and ERIC J. MAIERS. Of counsel was RICHARD A. EDLIN, of New York, New York.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, CLEVENGER, AND WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 11, 2012                /s/ Jan Horbaly
Date                                    Jan Horbaly
                                           Clerk